This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Catherine Wysocki v. Sam s East, Inc., d/b/a Sam s Club, Wal-Mart, Inc.

| | |
|---|---|
| Case Number | 49D07-2104-CT-011946 |
| Court | Marion Superior Court 7 |
| Type | CT - Civil Tort |
| Filed | 04/09/2021 |
| Status | 04/09/2021 , Pending  (active) |

## Parties to the Case

Defendant   Sam s East, Inc., d/b/a Sam s Club

Address
c/o Registered Agent, CT Corporation System
334 N. Senate Avenue
Indianapolis, IN 46204

Attorney
Thomas L Davis
*#442349, Retained*

FROST BROWN TODD LLC
201 North Illinois Street - Suite 1900
Indianapolis, IN 46204
317-237-3800(W)

Defendant   Wal-Mart, Inc.

Address
c/o Registered Agent CT Corporation System
334 N. Senate Avenue
Indianapolis, IN 46204

Attorney
Thomas L Davis
*#442349, Retained*

FROST BROWN TODD LLC
201 North Illinois Street - Suite 1900
Indianapolis, IN 46204
317-237-3800(W)

Plaintiff   Wysocki, Catherine

<u>Address</u>
342 North Lynhurst Drive
Indianapolis, IN 46224

<u>Attorney</u>
Teresa L Todd
*#161249, Retained*

Attorney at Law
22 East Washington Street
Suite 210
Indianapolis, IN 46204
317-341-4003(W)

## Chronological Case Summary

**04/09/2021   Case Opened as a New Filing**

| 04/09/2021 | **Complaint/Equivalent Pleading Filed** |
|---|---|

Complaint For Damages

| Filed By: | Wysocki, Catherine |
|---|---|
| File Stamp: | 04/09/2021 |

| 04/09/2021 | **Appearance Filed** |
|---|---|

Appearance For Plaintiff

| For Party: | Wysocki, Catherine |
|---|---|
| File Stamp: | 04/09/2021 |

| 04/09/2021 | **Subpoena/Summons Filed** |
|---|---|

Summons To Sams' East, Inc., d/b/a Sam's Club

| Filed By: | Wysocki, Catherine |
|---|---|
| File Stamp: | 04/09/2021 |

| 04/09/2021 | **Subpoena/Summons Filed** |
|---|---|

Summons To Wal-Mart, Inc.

| Filed By: | Wysocki, Catherine |
|---|---|
| File Stamp: | 04/09/2021 |

| 04/19/2021 | **Service Returned Served (E-Filing)** |
|---|---|

Return Of Service On Defendant, Sam's East, Inc. d/b/a Sam's Club

| Filed By: | Wysocki, Catherine |
|---|---|
| File Stamp: | 04/19/2021 |

| 04/19/2021 | **Service Returned Served (E-Filing)** |
|---|---|

Return Of Service On Defendant, Wal-Mart, Inc.

| Filed By: | Wysocki, Catherine |
|---|---|
| File Stamp: | 04/19/2021 |

| 05/06/2021 | **Appearance Filed** |
|---|---|

Appearance

| For Party: | Sam s East, Inc., d/b/a Sam s Club |
|---|---|
| For Party: | Wal-Mart, Inc. |
| File Stamp: | 05/06/2021 |

| 05/06/2021 | **Answer to a Complaint Filed** | |
|---|---|---|
| | Sam's East, Inc.'s Answer | |
| | Filed By: | Sam s East, Inc., d/b/a Sam s Club |
| | File Stamp: | 05/06/2021 |

| 05/06/2021 | **Answer to a Complaint Filed** | |
|---|---|---|
| | Wal-Mart, Inc.'s Answer | |
| | Filed By: | Wal-Mart, Inc. |
| | File Stamp: | 05/06/2021 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Wysocki, Catherine
Plaintiff

**Balance Due** (as of 08/24/2021)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 04/09/2021 | Transaction Assessment | 157.00 |
| 04/09/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

**49D07-2104-CT-011946**

**Marion Superior Court 7**

Filed: 4/9/2021 4:55 AM
Clerk
Marion County, Indiana

## IN THE MARION COUNTY     COURT NO.
### STATE OF INDIANA

CATHERINE WYSOCKI,                )
                                  )
    Plaintiff,               )
                                  )
    vs.                       )     CAUSE NO.
                                  )
SAM'S EAST, INC., d/b/a SAM'S CLUB, and )
WAL-MART, INC.,                        )
                                  )
    Defendants.              )
                                  )

---

### COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Catherine Wysocki, by counsel, and for her Complaint for Damages against the Defendants, Sam's East, Inc., d/b/a Sam's Club, and Wal-Mart, Inc., states that:

1. At all times mentioned herein, the Defendant, Sam's East, Inc., doing business as "Sam's Club" (hereinafter "Sam's Club"), was and is a Foreign For- Profit Corporation doing business in the State Of Indiana.

2. At all times mentioned herein, Sam's Club's principal office address was and is 702 SE 8th Street, Bentonville, Arizona 72716.

3. At all times mentioned herein, the Defendant, Wal-Mart, Inc. (hereinafter "Wal-Mart") was and is a Foreign For- Profit Corporation doing business in the State Of Indiana.

4. At all times mentioned herein, Wal-Mart's principal office address was and is 708 SE 8th Street, Bentonville, Arizona 72716.

5. At all times mentioned herein, the Defendant, Sam's Club, was and is a wholly-owned division of the Defendant, Wal-Mart.

6. At all times mentioned herein there was a Sam's Club store located at 5805 W. Rockville, Road, in Indianapolis, Indiana.

7.   At all times mentioned herein, the Defendant, Wal-Mart, owned and operated the Sam's Club store located at 5805 W. Rockville, Road, in Indianapolis, Indiana.

8.   The Sam's Club store located at 5805 W. Rockville, Road, in Indianapolis, Indiana is Store Number 6304.

9.   On April 11, 2019, the Plaintiff, Catherine Wysocki, was a customer and business invitee at the Sam's Club store located at 5805 W. Rockville, Road, in Indianapolis, Indiana.

10. Because Catherine Wysocki was a customer and business invitee of the Defendants, they owed her a duty to exercise reasonable care for her safety while she was in their store.

11. As Catherine Wysocki was entering the Sam's Club store on April 11, 2019, an employee of the Defendants, Sam's East, Inc., d/b/a Sam's Club, and Wal-Mart, Inc. (hereinafter "the Defendants"), was pushing a row of shopping carts and caused the carts to strike the Plaintiff's body.

12. The Defendants, by and through their employee, were careless and negligent in moving the shopping carts and in causing or allowing them to strike the Plaintiff.

13. The Plaintiff, Catherine Wysocki, sustained injuries when the row of shopping carts struck her.

14. The Plaintiff's injuries have caused her pain and suffering and potentially permanent injury and damage.

15. The Plaintiff has required medical care and treatment for her injuries, for which she has incurred reasonable medical expenses.

16. There is a potential that the Plaintiff will require additional medical care and treatment for her injuries in the future, for which she will incur additional medical expenses.

17. As a direct and proximate result of the carelessness and negligence of the Defendants, Catherine Wyoscki has been injured and damaged.

2

WHEREFORE, Catherine Wyoscki prays for a judgment against the Defendants, Sam's East, Inc., d/b/a Sam's Club, and Wal-Mart, Inc., and each of them, in an amount commensurate with her injuries and damages, for the costs of this action, and for all other just and proper relief in the premises.

_____
Teresa L. Todd, #1612-49
Attorney for Plaintiff, Catherine Wysocki

Teresa L. Todd
**22 East Washington Street, Suite 210**
Indianapolis, Indiana 46204
Telephone:     (317) 341-4003
Fax:           (317) 759-7299
E-mail:        terri@terriLtodd.com

3

**Filed: 4/9/2021 9:40 AM**
**Clerk**
**Marion County, Indiana**

IN THE MARION COUNTY SUPERIOR COURT NO. 7
STATE OF INDIANA

CATHERINE WYSOCKI,                          )
             )
  Plaintiff,                                   )
             )
  vs.                                           )  CAUSE NO. 49D07-2104-011946
             )
SAM'S EAST, INC., d/b/a SAM'S CLUB, and      )
WAL-MART, INC.,                              )
             )
  Defendants.                              )
             )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**    Initiating  _X_  Responding ___ Intervening ___

1. The undersigned attorney now appears in this case for the following party member:

  Name of Party:  Plaintiff, Catherine Wysocki

  Address:    342 North Lynhurst Drive
         Indianapolis, Indiana 46224

  Telephone #:  (317) 809-4441

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case
  information as required by Trial Rules 3.1 and 77(B) is as follows:

  Name:    Teresa L. Todd      Attorney Number: 1612-49
  Address:   22 East Washington Street, Suite 210 Telephone: (317) 341-4003
        Indianapolis, Indiana 46204    Fax:   (317) 759-7299
                     e-mail:  terri@terriLtodd.com

3. There are other party members:  No

4. The Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):
  CT

5. This case involves child support issues.  No

6. This case involves a protection from abuse order, a workplace violence restraining order, or a
  no-contact order.  No

7. This case involves a petition for involuntary commitment.  No

8. There are related cases:  No

9. This form has been served on all other parties.  Yes

10. Additional information required by local rule:   N/A

11. The undersigned Attorney certifies that the contact information listed for her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance.

12. The undersigned Attorney acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the e-mail addresses specified by the attorney on the Roll of Attorneys, regardless of other contact information supplied by the attorney.

13. The undersigned Attorney understands that she is solely responsible for keeping her Roll of Attorneys contact information current and accurate per Ind. Admis. Disc. R. 2(A).

_____

Teresa L. Todd, #1612-49
Attorney for Plaintiff, Catherine Wysocki

**Teresa L. Todd**
**22 East Washington Street, Suite 210**
**Indianapolis, Indiana 46204**
Telephone:      (317) 341-4003
Fax:                 (317) 759-7299
E-mail:            terri@terriLtodd.com

2

Filed: 4/9/2021 9:44 AM
Clerk
Marion County, Indiana

**SUMMONS**

IN THE MARION COUNTY SUPERIOR COURT NO. 7
STATE OF INDIANA

CATHERINE WYSOCKI,                            )
                                              )
    Plaintiff,                                )
                                              )
    vs.                                       )    CAUSE NO. 49D07-2104-011946
                                              )
SAM'S EAST, INC., d/b/a SAM'S CLUB, and        )
WAL-MART, INC.,                               )
                                              )
    Defendants.                               )
                                              )

TO DEFENDANT:  Sam's East, Inc., d/b/a Sam's Club
               c/o Registered Agent, CT Corporation System
               334 N. Senate Avenue
               Indianapolis, Indiana 46204

       You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

       The nature of the suit against you is stated in the Amended Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

       An Answer or other appropriate response in writing to the Amended Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

       If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

               4/9/2021
Dated_____          _____(Seal)
                              Clerk, Marion County Superior Court

          **(The following manner of service of summons is hereby designated.)**

       X_____  Registered or certified mail.

       _____  Service at place of employment, to-wit:_____

       _____  Service on individual --- (Personal or copy) at above address.

       _____  Service on agent. (Specify)

       _____  Other service. (Specify)

Teresa L. Todd, #1612-49
Attorney for Plaintiff

22 East Washington Street, Suite 210, Indianapolis, Indiana 46204
Telephone: (317) 341-4003; Fax: (317) 759-7299

MARION COUNTY COURTS
SEAL
INDIANA

Filed: 4/9/2021 9:47 AM
Clerk
Marion County, Indiana

**SUMMONS**

IN THE MARION COUNTY SUPERIOR COURT NO. 7
STATE OF INDIANA

| | | |
|---|---|---|
| CATHERINE WYSOCKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 49D07-2104-011946 |
| | ) | |
| SAM'S EAST, INC., d/b/a SAM'S CLUB, and | ) | |
| WAL-MART, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO DEFENDANT:   Wal-Mart, Inc.
c/o Registered Agent CT Corporation System
334 N. Senate Avenue
Indianapolis, Indiana 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Amended Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An Answer or other appropriate response in writing to the Amended Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated_____   4/9/2021          _____ (Seal)
                                                  Clerk, Marion County Superior Court

**(The following manner of service of summons is hereby designated.)**

_____X_____   Registered or certified mail.

_____   Service at place of employment, to-wit:_____

_____   Service on individual --- (Personal or copy) at above address.

_____   Service on agent. (Specify)

_____   Other service. (Specify)

Teresa L. Todd, #1612-49         22 East Washington Street, Suite 210, Indianapolis, Indiana 46204
Attorney for Plaintiff           Telephone: (317) 341-4003; Fax: (317) 759-7299

MARION COUNTY COURT
SEAL
INDIANA

Filed: 4/19/2021 11:53 AM
Clerk
Marion County, Indiana

IN THE MARION COUNTY SUPERIOR COURT NO. 7
STATE OF INDIANA

CATHERINE WYSOCKI,                          )
                                            )
        Plaintiff,                          )
                                            )
    vs.                                     )       CAUSE NO. 49D07-2104-011946
                                            )
SAM'S EAST, INC., d/b/a SAM'S CLUB, and     )
WAL-MART, INC.,                             )
                                            )
        Defendants.                         )
                                            )

---

### RETURN OF SERVICE ON DEFENDANT, SAM'S EAST, INC. d/b/a SAM'S CLUB

I hereby certify that the attached Return Receipt was received by me, showing that the Plaintiff's

Complaint for Damages and Summons were delivered to and accepted by the Defendant, Sam's

East, Inc. d/b/a Sam's Club's, Registered Agent, CT Corporation System, on April 13, 2021.

_____
Teresa L. Todd, #1612-49
Attorney for Plaintiff, Catherine Wysocki

Teresa L. Todd
22 East Washington Street, Suite 210
Indianapolis, Indiana 46204
Telephone:   (317) 341-4003
Fax:          (317) 759-7299
E-mail:       terri@terriLtodd.com

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Sam's East, Inc., d/b/a Sam's Club
c/o Registered Agent, CT Corporation System
334 N. Senate Avenue
Indianapolis, Indiana 46204

9590 9402 5620 9308 6320 75

2. Article Number *(Transfer from service label)*

7019 1120 0001 0246 9443

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                            ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below.        ☐ No

APR 13

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                    ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery   Delivery
☐ Collect on Delivery                ☒ Return Receipt for
☐ Collect on Delivery Restricted Delivery  Merchandise
☐ Insured Mail                       ☐ Signature Confirmation™
☐ Insured Mail Restricted Delivery   ☐ Signature Confirmation
  (over $500)                          Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Indianapolis, IN 46204

| | | |
|---|---|---|
| Certified Mail Fee | $3.60 | 0013 |
| $ | $2.85 | 08 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.20 | |
| | | 04/09/2021 |
| Total Postage and Fees | $7.65 | |

Sent To  Sam's East, Inc., d/b/a Sam's Club
          c/o Registered Agent, CT Corporation System
Street and 334 N. Senate Avenue
City, State Indianapolis, Indiana 46204

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7019 1120 0001 0246 9443

Filed: 4/19/2021 12:00 PM
Clerk
Marion County, Indiana

IN THE MARION COUNTY SUPERIOR COURT NO. 7
STATE OF INDIANA

CATHERINE WYSOCKI,                      )
                                        )
    Plaintiff,                      )
                                        )
    vs.                             )       CAUSE NO. 49D07-2104-011946
                                        )
SAM'S EAST, INC., d/b/a SAM'S CLUB, and )
WAL-MART, INC.,                         )
                                        )
    Defendants.                     )
                                        )

---

## RETURN OF SERVICE ON DEFENDANT, WAL-MART, INC.

    I hereby certify that the attached Return Receipt was received by me, showing that the Plaintiff's

Complaint for Damages and Summons were delivered to and accepted by the Defendant, Wal-Mart,

Inc.'s, Registered Agent, CT Corporation System, on April 13, 2021.

                                            _____
                                            Teresa L. Todd, #1612-49
                                            Attorney for Plaintiff, Catherine Wysocki

Teresa L. Todd
22 East Washington Street, Suite 210
Indianapolis, Indiana 46204
Telephone:   (317) 341-4003
Fax:         (317) 759-7299
E-mail:     terri@terriLtodd.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wal-Mart, Inc.
c/o Registered Agent CT Corporation System
334 N. Senate Avenue
Indianapolis, Indiana 46204

9590 9402 5620 9308 6320 68

2. Article Number (Transfer from service label)

7019 1120 0001 0246 9450

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

CITY ST

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

APR 13

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Indianapolis, IN 46204   OFFICIAL USE

Certified Mail Fee  $3.60                    0013
                                              08
$2.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _$0.00_
☐ Return Receipt (electronic)    $ _$0.00_     Postmark
☐ Certified Mail Restricted Delivery $ _$0.00_   Here
☐ Adult Signature Required       $ _$0.00_
☐ Adult Signature Restricted Delivery $
Postage  $1.20
$
Total Postage and Fees  $7.65                04/09/2021
$
Sent To   Wal-Mart, Inc.
Street an  c/o Registered Agent CT Corporation System
          334 N. Senate Avenue
City, Stat  Indianapolis, Indiana 46204

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Filed: 5/6/2021 8:34 AM
Clerk
Marion County, Indiana

**STATE OF INDIANA**
**IN THE MARION COUNTY SUPERIOR COURT**

| | | |
|---|---|---|
| CATHERINE WYSOCKI, | ) | CAUSE NO. 49D07-2104-CT-011946 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAM'S EAST, INC. d/b/a | ) | |
| SAM'S CLUB and WAL-MART, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>E-FILING APPEARANCE BY ATTORNEYS IN CIVIL CASE</u>**

This Appearance Form must be filed on behalf of every party in a civil case.

1.  The party on whose behalf this form is being filed is:

    Initiating _____        Responding <u>X</u>        Intervening _____; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of Party: **Sam's East, Inc. d/b/a Sam's Club and Wal-Mart Stores East, LP (incorrectly sued as Wal-Mart, Inc.)**

2.  Attorney information for service as required by Trial Rule 5(B)(2):

| | | | |
|---|---|---|---|
| Name: | **Thomas L. Davis** | Attorney Number: | #4423-49 |
| | **FROST BROWN TODD LLC** | Phone: | (317) 237-3800 |
| Address: | **201 North Illinois Street, Suite 1900** | FAX: | (317) 237-3900 |
| | **P.O. Box 44961** | Email: | tdavis@fbtlaw.com |
| | **Indianapolis, IN 46244-0961** | | |

**IMPORTANT**:  Each attorney specified on this appearance:

    (a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

    (b)    **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and**

    (c)    understands that he/she is solely responsible for keeping his/her Roll of

1

Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No <u>X</u>

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No <u>X</u>

6. This case involves a petition for involuntary commitment.  Yes _____ No <u>X</u>

7. There are related cases: Yes _____ No <u>X</u>

8. Additional information required by local rule: <u>None</u>

9. There are other party members: Yes _____ No <u>X</u>

10. This form has been served on all other parties and Certificate of Service is attached:

Yes <u>X</u> No _____

Respectfully submitted,

*/s/ Thomas L. Davis*
Thomas L. Davis, #4423-49
Frost Brown Todd LLC
201 N. Illinois Street
Suite 1900, P.O. Box 44961
Indianapolis, IN  46244-0961
T:  (317) 237-3800
F:  (317) 237-3900
tdavis@fbtlaw.com

*Attorneys for Defendant Sam's East, Inc. and Wal-Mart Stores East, LP (incorrectly sued as Wal-Mart, Inc.)*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Teresa L. Todd
22 East Washington Street, Suite 210
Indianapolis, IN 46204
Email: terri@terriLtodd.com

/s/ Thomas L. Davis
Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com

LR08000.0742933  4851-4231-2424v1

3

Filed: 5/6/2021 8:37 AM
Clerk
Marion County, Indiana

## STATE OF INDIANA
## IN THE MARION COUNTY SUPERIOR COURT

CATHERINE WYSOCKI,                         )     CAUSE NO. 49D07-2104-CT-011946
                                           )
                 Plaintiff,                )
                                           )
        v.                                 )
                                           )
SAM'S EAST, INC. d/b/a                      )
SAM'S CLUB and WAL-MART, INC.,             )
                                           )
                 Defendants.               )

### SAM'S EAST, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

Comes now the defendant, Sam's East, Inc. d/b/a Sam's Club, by counsel, for its Answer to plaintiff's Complaint, states:

1.      Defendant admits the truth of the allegations contained in paragraph 1 of plaintiff's Complaint.

2.      Defendant admits the truth of the allegations contained in paragraph 2 of plaintiff's Complaint.

3.      Defendant admits the truth of the allegations contained in paragraph 3 of plaintiff's Complaint.

4.      Defendant admits the truth of the allegations contained in paragraph 4 of plaintiff's Complaint.

5.      Defendant denies the truth of the allegations contained in paragraph 5 of plaintiff's Complaint.

6.      Defendant admits the truth of the allegations contained in paragraph 6 of plaintiff's Complaint.

7.     Defendant denies the truth of the allegations contained in paragraph 7 of plaintiff's Complaint.  The Sam's Club in question is operated by the correct defendant Sam's East, Inc.

8.     Defendant admits the truth of the allegations contained in paragraph 8 of plaintiff's Complaint.

9.     Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 9 of plaintiff's Complaint.

10.     Rhetorical paragraph 10 is an allegation of duty rather that of fact.  To the extent a response is required, it is denied.

11.     Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 11 of plaintiff's Complaint.

12.     Defendant denies the truth of the allegations contained in paragraph 12 of plaintiff's Complaint.

13.     Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 13 of plaintiff's Complaint.

14.     Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 14 of plaintiff's Complaint.

15.     Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 15 of plaintiff's Complaint.

16.     Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 16 of plaintiff's Complaint.

17.     Defendant denies the truth of the allegations contained in paragraph 17 of plaintiff's Complaint.

2

WHEREFORE, defendant prays that plaintiff take nothing by way of her Complaint, for judgment in its favor and against plaintiff, for costs and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
Thomas L. Davis, #4423-49
Attorneys for Defendant Sam's East, Inc.
d/b/a Sam's Club and Wal-Mart Stores
East, LP (incorrectly sued as Wal-Mart,
Inc.)

## AFFIRMATIVE DEFENSES

1.    The fault of plaintiff Catherine Wysocki caused or contributed to cause the incident in question and resulting damages.

2.    Defendant reserves the right to assert additional affirmative defenses disclosed during discovery.

WHEREFORE, defendant prays that plaintiff take nothing by way of her Complaint, for judgment in its favor and against plaintiff, for costs and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
Thomas L. Davis, #4423-49
Attorneys for Defendant Sam's East, Inc.
d/b/a Sam's Club and Wal-Mart Stores
East, LP (incorrectly sued as Wal-Mart,
Inc.)

## REQUEST FOR JURY TRIAL

Comes now defendant Sam's East, Inc d/b/a Sam's Club., by counsel, and requests trial by jury in this matter.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*

    Thomas L. Davis, #4423-49
    Attorneys for Defendant Sam's East, Inc.
    d/b/a Sam's Club and Wal-Mart Stores
    East, LP (incorrectly sued as Wal-Mart,
    Inc.)

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Teresa L. Todd
22 East Washington Street, Suite 210
Indianapolis, IN 46204
Email: terri@terriLtodd.com

                              */s/ Thomas L. Davis*
                              Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com

LR08000.0742933   4841-4066-0456v1

4

Filed: 5/6/2021 8:39 AM
Clerk
Marion County, Indiana

## STATE OF INDIANA
## IN THE MARION COUNTY SUPERIOR COURT

| | | |
|---|---|---|
| CATHERINE WYSOCKI, | ) | CAUSE NO. 49D07-2104-CT-011946 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAM'S EAST, INC. d/b/a | ) | |
| SAM'S CLUB and WAL-MART, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### WAL-MART, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

Comes now the defendant, Wal-Mart Stores East, LP (incorrectly sued as Wal-Mart, Inc.), by counsel, for its Answer to plaintiff's Complaint, states:

1.     Defendant admits the truth of the allegations contained in paragraph 1 of plaintiff's Complaint.

2.     Defendant admits the truth of the allegations contained in paragraph 2 of plaintiff's Complaint.

3.     Defendant admits the truth of the allegations contained in paragraph 3 of plaintiff's Complaint.

4.     Defendant admits the truth of the allegations contained in paragraph 4 of plaintiff's Complaint.

5.     Defendant denies the truth of the allegations contained in paragraph 5 of plaintiff's Complaint.

6.     Defendant admits the truth of the allegations contained in paragraph 6 of plaintiff's Complaint.

7.     Defendant denies the truth of the allegations contained in paragraph 7 of plaintiff's Complaint.  The Sam's Club in question is operated by the correct defendant Sam's East, Inc.

8.     Defendant admits the truth of the allegations contained in paragraph 8 of plaintiff's Complaint.

9.     Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 9 of plaintiff's Complaint.

10.     Rhetorical paragraph 10 is an allegation of duty rather that of fact.  To the extent a response is required, it is denied.

11.     Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 11 of plaintiff's Complaint.

12.     Defendant denies the truth of the allegations contained in paragraph 12 of plaintiff's Complaint.

13.     Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 13 of plaintiff's Complaint.

14.     Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 14 of plaintiff's Complaint.

15.     Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 15 of plaintiff's Complaint.

16.     Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 16 of plaintiff's Complaint.

17.     Defendant denies the truth of the allegations contained in paragraph 17 of plaintiff's Complaint.

WHEREFORE, defendant prays that plaintiff take nothing by way of her Complaint, for judgment in its favor and against plaintiff, for costs and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
Thomas L. Davis, #4423-49
Attorneys for Defendant Sam's East, Inc.
d/b/a Sam's Club and Wal-Mart Stores
East, LP (incorrectly sued as Wal-Mart,
Inc.)

## AFFIRMATIVE DEFENSES

1.      The fault of plaintiff Catherine Wysocki caused or contributed to cause the incident in question and resulting damages.

2.      Defendant reserves the right to assert additional affirmative defenses disclosed during discovery.

WHEREFORE, defendant prays that plaintiff take nothing by way of her Complaint, for judgment in its favor and against plaintiff, for costs and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
Thomas L. Davis, #4423-49
Attorneys for Defendant Sam's East, Inc.
d/b/a Sam's Club and Wal-Mart Stores
East, LP (incorrectly sued as Wal-Mart,
Inc.)

3

## REQUEST FOR JURY TRIAL

Comes now defendant Wal-Mart Stores East, LP (incorrectly sued as Wal-Mart, Inc.)., by counsel, and requests trial by jury in this matter.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
    Thomas L. Davis, #4423-49
    Attorneys for Defendant Sam's East, Inc.
    d/b/a Sam's Club and Wal-Mart Stores
    East, LP (incorrectly sued as Wal-Mart,
    Inc.)

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Teresa L. Todd
22 East Washington Street, Suite 210
Indianapolis, IN 46204
Email: terri@terriLtodd.com

*/s/ Thomas L. Davis*
Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com

LR08000.0742933   4814-0649-9048v1

4